## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. 1:15-CR-0261 |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **MITCHELL KIRMAN,** | : | |
|         **Defendant** | : | |

### **ORDER**

And now, this 31st day of May, 2016, following a hearing concerning the petition (Doc. 2) for modification of the terms of supervised release for defendant Mitchell Kirman, which was held on this date, and upon the court's finding, by a preponderance of the evidence, that the defendant has violated the terms of his supervised release, it is hereby ORDERED that the defendant by continued on supervised release, with the following modification:

1. The defendant shall remain at his residence with radio frequency electronically monitored curfew every day for a period of two (2) months, on a curfew schedule as directed by the probation officer. During this time, the defendant shall comply with the rules of the location monitoring program, shall maintain a telephone without any special features at his place of resident, and shall pay the daily cost of the location monitoring.

                                              /S/CHRISTOPHER C. CONNER
                                              Christopher C. Conner, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania